UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-5632
spertuz@pertuzlaw.com

Order Filed on April 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

AHMAD -ABRAR S. KOSHUL,

                    DEBTOR.

| | |
|---|---|
| Case Number: | 26-12760 |
| Hearing Date: | 4/9/26 |
| Judge: | JKS |
| Chapter: | 13 |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☒ Followed | ☐ Modified |

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 9, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted.  The deadline to file schedules is extended to  April 22, 2026                .
   If Debtor fails to file the missing documents by the extended deadline, then the
   case will be dismissed without further notice.

☐ Denied.

*rev.12/1/2025*