Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−12760−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ahmad−Abrar S. Koshul
   aka Ahmad Koshul
   238 Park Avenue
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−5552

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/24/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 24, 2026
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Ahmad-Abrar S. Koshul

     Debtor

Case No. 26-12760-JKS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2                 User: admin                 Page 1 of 2

Date Rcvd: Apr 24, 2026            Form ID: 148              Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ahmad-Abrar S. Koshul, 238 Park Avenue, Teaneck, NJ 07666-3915 |
| 521031339 | | Bergen County Sheriff, 10 Main St, Hackensack, NJ 07601-7042 |
| 521031340 | + | Broadway Hillsdale, LLC, c/o Bering Management, PO Box 1433, Ridgewood, NJ 07451-1433 |
| 521031349 | | Five Star Bath Solutions, 761 W Spring Creek Place, Suite 200, Springville, UT 84663 |
| 521031350 | + | Furquan Muhammed, 2 Union Place, Ridgefield Park, NJ 07660-1233 |
| 521031352 | + | Johnathan R. Mehl, Esq., 17 Sylvan Street, Suite 105, Rutherford, NJ 07070-2037 |
| 521031353 | #+ | Kearns Brinen & Monaghan, Inc., 371 W. North Street, Unit B, Dover, DE 19904-6713 |
| 521031359 | | US. Small Business Administration, 2 Gateway Ctr Fl 15, Newark, NJ 07102-5003 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 24 2026 21:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 24 2026 21:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521031341 | | EDI: CAPITALONE.COM | Apr 25 2026 01:09:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 521031342 | | EDI: JPMORGANCHASE | Apr 25 2026 01:09:00 | Chase Bank, Cardmember Services PO Box 15298, Wilmington, DE 19885-0004 |
| 521031347 | | EDI: CITICORP | Apr 25 2026 01:09:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 521031351 | + | EDI: IRS.COM | Apr 25 2026 01:09:00 | Internal Revenue Serv ice, Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521075547 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 24 2026 21:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521031354 | | Email/Text: camanagement@mtb.com | Apr 24 2026 21:47:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 521031355 | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 24 2026 21:46:00 | McCalla Raymer Leibert Pierce, LLP, 485F US Highway 1 S., Suite 300, Iselin, NJ 08830 |
| 521031357 | + | Email/Text: bknotices@providentnj.com | Apr 24 2026 21:47:00 | Provident Bank, 100 Wood Ave S, Iselin, NJ 08830-2716 |
| 521031356 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 24 2026 21:46:00 | NJ Division of Taxation, PO Box 281, Trenton, NJ 08695-0281 |
| 521031358 | + | Email/Text: Bankruptcy@stearnsbank.com | Apr 24 2026 21:46:00 | Stearns Bank Nat'l Association, 4191 2nd Street S, Saint Cloud, MN 56301-3761 |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 24, 2026 | Form ID: 148 | Total Noticed: 21 |

| 521047788 | + EDI: AIS.COM | | |
|---|---|---|---|
| | | Apr 25 2026 01:10:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521031348 | | Crave Gourmet Pizza LLC |
| 521031345 | * | Chase Bank, Cardmember Services PO Box 15298, Wilmington, DE 19885-0004 |
| 521031346 | * | Chase Bank, Cardmember Services PO Box 15298, Wilmington, DE 19885-0004 |
| 521031343 | * | Chase Bank, Cardmember Services PO Box 15298, Wilmington, DE 19885-0004 |
| 521031344 | * | Chase Bank, Cardmember Services PO Box 15298, Wilmington, DE 19885-0004 |
| 521075553 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521075621 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521075647 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521075686 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521075710 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521076406 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Steven D. Pertuz | on behalf of Debtor Ahmad-Abrar S. Koshul pertuzlaw@verizon.net  Pertuz.StevenB130381@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4